Arlene Rugel, appellee, v. Steve Kuznik, appellant. Gen. No. 8,458.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

L. M. Harlan and Jesse Peebles, for appellant. Snell & Seyfrit, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

Alma Williams, administratrix of the estate of Calvin Williams, deceased, appellee, v. Schulze Baking Company, appellant. Gen. No. 8,470.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Hoff & Hoff, for appellant. Joseph A. Londrigan and James E. Londrigan, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

Clarence F. Spence, a minor, by Frank R. Spence, his father and next friend, appellee, v. George C. Moser, appellant. Gen. No. 8,473.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Oscar J. Putting, for appellant. Doyle, Sampson & Giffin, for appellee; C. Terry Lindner and A. F. Newkirk, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

Charles H. Werner, appellant, v. Henry Fraase and Edward Fraase, appellees. Gen. No. 8,489.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Stevens & Herndon, for appellant; Benj. S. DeBoice, of counsel. Carey E. Barnes, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.